# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULP STUDIO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOFFMAN CONSTRUCTION COMPANY OF WASHINGTON, a Washington corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 19-962-DMG (SKx)<br><br>**ORDER ON STIPULATION OF DISMISSAL [30]** |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice and good cause appearing, orders that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: December 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE